**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

Felicia Therrien

Plaintiff,

Case No. 2:26-cv-14226-JEM

v.

Equifax Information Services, LLC,

Defendant.
_______________________________________/

Pursuant to Local Rule 16.4, the Parties hereby notify this Court that the Parties have settled the claims in this case.

Respectfully submitted August 6, 2026, by:

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
3505 East Frontage Road, Suite 145,
Tampa, Florida 33607
Tel: 813-321-2347
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

SQUIRE PATTON BOGGS (US) LLP
By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131

Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document will be served via email transmission by the CM/ECF system.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103